United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-4075MN

_____

United States of America,　　　　　*

　　　　　　　　　　　　　　　　*

　　　　　　　　Appellee,　　　　*

　　　　　　　　　　　　　　　　*

　　　　v.　　　　　　　　　　　*

　　　　　　　　　　　　　　　　*

Jesus Ramirez-Castillo, also known as　*

Hector Vinicio Arias, also known as　*

Jesus Ramirez, also known as Jesus　*

Cortez, also known as Pedro Meyer,　*

also known as Jose Luis Cortes,　　*

　　　　　　　　　　　　　　　　*

　　　　　　　　Appellant.　　　*

Appeals from the United States
District Court for the District
of Minnesota.

_____

No. 97-1352MN

_____

[UNPUBLISHED]

United States of America,　　　　　*

　　　　　　　　　　　　　　　　*

　　　　　　　　Appellee,　　　　*

　　　　　　　　　　　　　　　　*

　　　　v.　　　　　　　　　　　*

　　　　　　　　　　　　　　　　*

Izaida Villaneuva-Ramirez, also known　*

as Izaida Cortez-Villaneuva, Izaida　*

Cortez, Izaida Ramirez, Izaida Ramirez-　*

Cortez, Charol Matos,　　　　　*

　　　　　　　　　　　　　　　　*

　　　　　　　　Appellant.　　　*

_____

Submitted: October 21, 1997
Filed: October 30, 1997
_____

Before FAGG, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.

Jesus Ramirez-Castillo and Izaida Villaneuva-Ramirez appeal their drug-related convictions. Ramirez-Castillo and Villaneuva-Ramirez contend the evidence was insufficient to establish that Ramirez-Castillo carried a firearm during and in relation to a drug-trafficking crime in violation of 18 U.S.C. § 924(c). Ramirez-Castillo also raises a plain error contention that the district court improperly admitted evidence that Ramirez-Castillo shot an intruder during a drug-related robbery. Additionally, Villaneuva-Ramirez raises contentions related to the admissibility of evidence of uncharged drug dealing offered by the government, the sufficiency of the evidence, and the district court's plain error instruction about the section 924(c) firearm count. A review of the record shows the parties' claims are without merit. Because the appeal involves the straightforward application of settled principles of law, a discussion of the issues will serve no useful purpose. We thus affirm the convictions of Ramirez-Castillo and Villaneuva-Ramirez without an extended opinion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-